UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXTER WOOD,

Plaintiff,

-against-

JOHN DOE 48TH PRECINCT LAW ENFORCEMENT, et al.,

Defendants.

1:26-CV-5029 (RA) (SDA)

VALENTIN ORDER

STEWART D. AARON, United States Magistrate Judge:

Plaintiff Dexter Wood, who appears *pro se* and is currently held in the Rose M. Singer Center on Rikers Island, brings this action asserting claims of federal constitutional violations and other claims, seeking damages. She[1] names the following individuals as Defendants: (1) unidentified "John Doe 48th Precinct NYPD Law Enforcement"; (2) an unidentified "John Doe" New York City Police Department ("NYPD") Sergeant assigned to the NYPD's 48th Precinct; (3) another unidentified "Jane Doe" NYPD Sergeant assigned to the same precinct; (4) an unidentified "John Doe" NYPD Police Officer assigned to the same precinct; and (5) an unidentified "John/Jane Doe" NYPD Captain assigned to the same precinct. The Court construes Plaintiff's complaint as asserting claims under 42 U.S.C. § 1983 and under state law.[2]

[1] Plaintiff initiated this action while held in the Robert N. Davoren Center, a men's jail on Rikers Island. In the complaint, Plaintiff states that she has also used the name Phoenix Storm Shamayum Wood. (ECF 1, at 2.) In letters filed subsequent to the complaint, she states that she is a black transgender woman. (ECF 8, 9). For these reasons, this order refers to Plaintiff using female pronouns.

[2] The Court notes that Plaintiff has filed an application for the court to request *pro bono* counsel. (ECF 5.)

By separate order dated August 7, 2026, the court granted Plaintiff leave to proceed without prepayment of fees, that is, leave to proceed *in forma pauperis* ("IFP").[3] For the reasons discussed below, the Court directs the Corporation Counsel of the City of New York to provide to Plaintiff and to the Court the identities and badge numbers of the Defendants.

## DISCUSSION

### A. Identifying the Defendants

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from a federal district court in identifying an unidentified defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the NYPD to identify the Defendants; they are those current and/or former members of the NYPD who were assigned to the NYPD's 48th Precinct and who responded to incidents at Plaintiff's apartment at 709 Fairmount Place, Apartment 1A, in the Bronx, New York, on June 9, 2025, September 12, 2025, September 17, 2025, and/or December 1, 2025. It is therefore ordered that the Corporation Counsel of the City of New York, who is an attorney for and agent of the NYPD, must ascertain the identities and badge numbers of the Defendants.[4] The Corporation Counsel must provide this information to Plaintiff and to the Court within 60 days of the date of this order.

---

[3] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[4] If one of the Defendants is a current or former NYPD employee or official, the Corporation Counsel should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for actions involving NYPD defendants, rather than personal service at a NYPD precinct. If any of the Defendants is not a current or former NYPD employee or official, but otherwise works or worked with the NYPD, the Corporation Counsel must provide a service address where that individual may be served.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individuals as Defendants and providing their badge numbers. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order requesting that the newly identified Defendants waive service of summonses.

### B. City Bar Justice Center

Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil actions filed in this court. The clinic may be able to assist Plaintiff with this action. The clinic is operated by a private organization called the City Bar Justice Center (CBJC); it is not part of, or operated by, the court. An informational flyer and a limited scope legal assistance retainer agreement are attached to this order.

## CONCLUSION

Pursuant to the electronic service agreement between the Court and the NYPD, the Clerk of Court is directed to electronically notify the New York City Law Department and the NYPD of this order.

An amended complaint form is attached to this order.

The Court will not rule on Plaintiff's application for the court to request *pro bono* counsel (ECF 5) until after Plaintiff has filed an amended complaint, as specified in this order.

SO ORDERED.

Dated: August 18, 2026
New York, New York

STEWART D. AARON
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__________________________________________________

__________________________________________________

Write the full name of each plaintiff.

-against-

__________________________________________________

__________________________________________________

__________________________________________________

__________________________________________________

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write “see attached” in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_______________

(Include case number if one has been assigned)

**AMENDED**

**COMPLAINT**

(Prisoner)

Do you want a jury trial?
☐ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual’s full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual’s birth; a minor’s initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: ______________________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

______________________________

First Name Middle Initial Last Name

______________________________

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

______________________________

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

______________________________

Current Place of Detention

______________________________

Institutional Address

______________________________

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______________________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 2:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 3:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 4:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: ______________________________

Date(s) of occurrence: ______________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_______________________ _______________________

Dated Plaintiff's Signature

_______________________________________________

First Name Middle Initial Last Name

_______________________________________________

Prison Address

_______________________________________________

County, City State Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: ______________

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## HOW TO ACCESS OUR SERVICES

For assistance, please reach out to us via mail at:

**Thurgood Marshall Federal Courthouse**
**CBJC Pro Se Legal Assistance Project**
**40 Foley Sq LL22**
**New York, NY 10007.**

Upon receipt of your letter, we will follow up with application materials.

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self- represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project **assists incarcerated litigants** on a variety of federal legal issues, including 1983 matters, civil rights cases, and others.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist individuals by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including mediation)

**CITY BAR JUSTICE CENTER**

SDNY Federal Pro Se Legal Assistance Project

## LIMITED SCOPE LEGAL ASSISTANCE RETAINER AGREEMENT

This agreement explains the terms of the limited legal assistance that the City Bar Justice Center ("CBJC") has agreed to perform for you through its Federal Pro Se Legal Assistance Projects ("Projects"). Writing your name at the end demonstrates your agreement to the terms herein.

### I. LIMITS OF ASSISTANCE

The Projects agree to provide only limited scope legal assistance in connection with your matter. This means that:

- You remain a self-represented (pro se) litigant and are responsible for all aspects of your case. CBJC is not your attorney of record in this matter. In the event that you are or become a party to a case in the Eastern District of New York or the Southern District of New York or any other forum, CBJC will not enter an appearance or otherwise act on your behalf without expressly agreeing to do so and entering into a separate signed agreement with you. CBJC has no obligation to enter into any such agreement.
- CBJC has sole discretion to determine the specific type of services provided. These services may include providing advice and counsel about your case, explaining court orders and procedures, reviewing and commenting on your drafts, assisting with drafting, and discussing strategy.
- This retainer covers this consultation only. CBJC can stop assisting you with this matter at any time for any reason consistent with the New York Rules of Professional Conduct.
- CBJC has not agreed to represent or assist you on any other matter in the future. If CBJC does agree to any representation on another matter, then a separate signed retainer agreement will be necessary.
- You may request but are not guaranteed subsequent appointments. CBJC will only provide assistance on subsequent appointments if it provides you with confirmation to you of such assistance, via email or otherwise, with such additional assistance governed by the terms of this agreement, including that the assistance is for that consultation only and that CBJC has sole discretion to decide whether it will provide any additional future consultations.
- You are responsible for and must meet all deadlines in your case, regardless of whether you are able to have an appointment at the Projects in the Eastern District or the Southern District.

### II. FREE ASSISTANCE, NON-ATTORNEY PROVIDERS, AND COMPETENCY

CBJC does not charge for this assistance. You may be assisted by law students and/or paralegals under the supervision of an attorney consistent with the Rules of Professional Responsibility. CBJC's assistance does not guarantee success or any particular outcome but that CBJC will provide competent assistance.

### III. TERMINATION OF ASSISTANCE

Your participation is entirely voluntary, and you are free to stop receiving CBJC's limited scope assistance at any time. CBJC may stop providing limited assistance at its sole discretion consistent with the New York Rules of Professional Conduct. If CBJC chooses to stop providing limited assistance, it will provide notice by email, mail, or phone.

### IV. COSTS OF LITIGATION

Filing a lawsuit or defending against a case when you are sued can involve costs. You are responsible for all costs, including filing fees. The CBJC will not pay for any costs associated with your case. The Court may allow you to proceed without paying filing fees (this is called "proceeding in *forma pauperis*"). Whether you are allowed to proceed in *forma pauperis* is entirely up to the Court.

### V. CONFIDENTIALITY

CBJC will take all reasonable steps to maintain any information you provide as confidential.

### VI. REVIEW AND CONSENT

If you have questions or concerns, please leave a voicemail for the Project at (212) 382-4794, and someone will call you back to discuss this agreement.

By signing and writing today's date below, you indicate that you: have had an opportunity to discuss this agreement with CBJC or another Attorney of your choice; have read and understand this agreement; consent to the terms of this agreement; and understand the possible risks and benefits of proceeding with limited scope assistance.

________________________________ ____________________
Signature Date

**Please mail these completed forms to the City Bar Justice Center, Pro Se Legal Assistance Project, 40 Foley Square, LL22, New York, NY 10007.**

CITY BAR JUSTICE CENTER

**CITY BAR JUSTICE CENTER**

SDNY Federal Pro Se Legal Assistance Project

Name: ______________________ Date of Birth: ______________________

Facility: ______________________ Identification #______________________

**How did you hear about our clinic? (circle one)**

Pro Se Intake Office Website Conference/Hearing with the Judge

Pro Se Information Package Friend/Family Order/Letter from the Judge

Other: ______________________________________________

**Do you already have an open case with the federal court? (circle one)** Yes No

**If yes, what is your case number?** ______________________________

**If yes, which courthouse is it in? (circle one)** Manhattan White Plains

**Ethnicity? (circle one)**

Asian/Pacific Islander Hispanic Caucasian

Black Middle Eastern Decline to answer

African Caribbean Other:____________

Native American South Asian

**Gender?** ________________________________________

**Education level? (circle one)**

8th grade or less GED 2-4 years of college/vocational school

Some high school College graduate Decline to answer

High school graduate Graduate degree

**Please mail these completed forms to the City Bar Justice Center, Pro Se Legal Assistance Project, 40 Foley Square, LL22, New York, NY 10007.**

**CITY BAR JUSTICE CENTER**

SDNY Federal Pro Se Legal Assistance Project

**Immigration status? (circle one)**

| | | |
|---|---|---|
| U.S. citizen (born in U.S.) | Naturalized U.S. citizen (Born in:_______________) | Legal Permanent Resident |
| No lawful status | Decline to answer | Other:_______________ |

**Marital status? (circle one)**

| | |
|---|---|
| Single | Married |
| Divorced | Separated |
| Widowed | Decline to answer |

**Do you have a disability? (circle all that apply)**

| | | |
|---|---|---|
| No | Mental health | Vision |
| Hearing | Mobility | Memory |
| Homebound | Decline to answer | Other:_______________ |

**What is your primary language?** ________________________________________

**LGBTQ+? (circle one)** Yes No Decline to answer

**Veteran?** ____________________________________________

**Please mail these completed forms to the City Bar Justice Center, Pro Se Legal Assistance Project, 40 Foley Square, LL22, New York, NY 10007.**