**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Dexter Wood,**

**Plaintiff,**

**-against-**

**Andrew Lambaro, et al.,**

**Defendants.**

**1:26-cv-05029 (RA) (SDA)**

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated August 7, 2026, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (Order, ECF No. 13). On October 7, 2026, Plaintiff filed an Amended Complaint in which he names as defendants Commanding Officer Andrew Lambaro, Police Officer Yvonne Brito and Police Officer Raymond Sostre. (Am. Compl., ECF No. 20.)

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this Order. The Court requests that Defendants Lambaro, Brito and Sostre waive service of summonses.

**SO ORDERED.**

Dated: New York, New York
October 20, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge